UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

LOUIS BERNARD GREGOIRE, III and
MELANIE RENEE GREGOIRE,

CHAPTER 13
CASE NO. 11-74179-BEM

DEBTORS

## NOTICE OF MOTION

LOUIS BERNARD GREGOIRE, III and MELANIE RENEE GREGOIRE have filed papers with the Court seeking to retain insurance proceeds.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to approve the Motion or if you want the Court to consider your views on the Motion then you or your attorney must:

Attend the hearing scheduled to be held on **September 9, 2014 at 1:00 PM in Courtroom 1402, Richard Russell Federal Building, 75 Spring Street, SW, Atlanta, Georgia.**

This 11th day of August, 2014.

                                                    Respectfully submitted,
                                                    JEFF FIELD & ASSOCIATES

                                                    /s/ Matthew T. Nash

                                                    MATTHEW T. NASH
                                                    Attorney for Debtors
                                                    State Bar No. 306591

342 North Clarendon Avenue
Scottdale, Georgia 30079
404-499-2700

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| LOUIS BERNARD GREGOIRE, III and MELANIE RENEE GREGOIRE, | CHAPTER 13<br>CASE NO. 11-74179-BEM |
| DEBTORS | |

### MOTION TO RETAIN INSURANCE PROCEEDS

Come now the above Debtors, LOUIS BERNARD GREGOIRE, III and MELANIE RENEE GREGOIRE, by and through counsel, and show to this Honorable Court the following:

1.

Debtors filed this case on August 22, 2011. The case was confirmed on February 1, 2012. Payments pursuant to the Chapter 13 Plan are current and being made in the amount of $1,440.00 per month.

2.

On or about May 4, 2014, Louis Bernard Gregoire, III was involved in an accident involving the 2009 Harley Davidson. The motorcycle has been "totaled" by GEICO and GEICO has offered settlement in an amount of $13,628.63. See May 23, 2014 letter from GEICO General Insurance Company attached hereto as Exhibit "A".

3.

From the settlement proceeds, the approximate amount of $2,500.00 will be paid to United Community Bank in full satisfaction of its claim.

4.

Debtor desires to retain the remaining funds in the approximate amount of $11,128.63 in order to purchase a replacement motorcycle.

5.

Debtor is a police officer/pilot and relies on part-time work as a funeral escort. A replacement motorcycle is needed so that Debtor may return to earning part-time income. Debtors believe that the retention and use of the remaining settlement proceeds to purchase a replacement motorcycle is necessary to facilitate the adjustment of their debts in this case.

6.

Debtors understand that they are not allowed to incur any debt to purchase a replacement vehicle.

7.

The parties in interest understand that no disbursements are to be made to any party until an Order on this Motion is entered by the Court.

WHEREFORE, Debtors respectfully request that that their Motion to Retain Insurance Proceeds be granted.

This 11th day of August, 2014.

Respectfully submitted,
JEFF FIELD & ASSOCIATES

/s/ Matthew T. Nash

---

MATTHEW T. NASH
Attorney for Debtors
State Bar No. 306591

342 North Clarendon Avenue
Scottdale, Georgia 30079
404-499-2700

# EXHIBIT A


geico.com

Government Employees Insurance Company
- GEICO General Insurance Company
- GEICO Indemnity Company
- GEICO Casualty Company

Regional Office:
PO Box 13528 ■ Macon, GA 31208

May 23, 2014

Louis Gregoire
111 Towler Rd
Lawrenceville, GA 30046-4719

Claim Number: 0493482880101013
Year and Make: 2009 HARLEY DAVIDSON
VIN: 1HD1FMM189Y625689
Date of Loss: 05/04/2014
Company Name: GEICO General Insurance Company

Dear Louis Gregoire:

Please read these instructions prior to completing the paperwork. Failure to follow instructions may result in a delay in processing your claim.

1. All parties listed on the original title must sign their name (exactly how it appears on the title first, middle, and last name format.
2. **Please be advised that this form is required to be notarized.**
3. Any strikeouts, erasures, or use of "white out" will void documents and/or title.
4. Please return the completed original documents along with all keys/remotes that are still in your possession to one of the addresses below.

**Regular Mailing Address:**
GEICO Salvage Total Loss Department
Attn:0493482880101013
P.O. Box 13528
Macon, GA 31208

**Overnight (only) Mailing Address:**
GEICO Salvage Total Loss Department
Attn: 0493482880101013
4400 Ocmulgee East Blvd.
Macon, GA 31217

If you have any questions, please feel free to contact us at 1-800-691-4312, Monday through Friday 8am to 9pm EST.

Sincerely,

Leah Hutchinson
Salvage/Total Loss Technician
1-800-691-4312

To make changes to your policy or for a FREE rate quote please visit www.geico.com.

## CERTIFICATE OF SERVICE

I hereby certify that I have this day mailed a true and exact copy of the foregoing "Notice of Hearing" and "Motion" to the following:

Mary Ida Townson – Via Electronic Service
Suite 2200
191 Peachtree Street, NE
Atlanta, Georgia 30303

Louis Bernard Gregoire, III
Melanie Renee Gregoire
111 Towler Road
Lawrenceville, Georgia 30046

Leah Hutchinson, Salvage/Total Loss Technician
GEICO General Insurance Company
Regional Office
P.O. Box 13528
Macon, Georgia 31208

Terrie Sparks
United Community Bank
P.O. Box 398
Blairsville, Georgia 30514

Ron C. Bingham, II
Stites & Harbison, PLLC
303 Peachtree Street, NE
2800 SunTrust Plaza
Atlanta, Georgia 30308

All Creditors on Attached Mailing Matrix

by placing a copy of same in a properly addressed envelope with sufficient postage affixed thereon to insure delivery and depositing same in the United States Mail.

This 11th day of August, 2014.

Respectfully submitted,
JEFF FIELD & ASSOCIATES

/s/ Matthew T. Nash

MATTHEW T. NASH
Attorney for Debtors
State Bar No. 306591

342 North Clarendon Avenue
Scottdale, Georgia 30079
404-499-2700

```
Label Matrix for local noticing      (p)AMERICAN HONDA FINANCE            Allied Collection
113E-1                               P O BOX 168088                       8600 Pendergrass Road
Case 11-74179-bem                    IRVING TX 75016-8088                 Hoschton, GA 30548-2300
Northern District of Georgia
Atlanta
Fri Aug  8 13:58:18 EDT 2014

Ally                                 Ally Financial Inc. f/k/a GMAC Inc.  Athens Regional Medical Center
P.O. Box 380901                      Bankruptcy Dept                      1199 Prince AVenue
Bloomington, MN 55438-0901           P.O. Box 130424                      Athens, GA 30606-2767
                                     Roseville, MN 55113-0004


(p)BB AND T                          Bank of America                      Patti H. Bass
PO BOX 1847                          P.O. Box 17054                       Bass & Associates, PC
WILSON NC 27894-1847                 Wilmington, DE 19850-7054            Suite 200
                                                                          3936 E. Ft. Lowell Road
                                                                          Tucson, AZ 85712-1083


CANDICA, LLC                         Capio Partners LLC                   Capital One Bank USA, N.A.
C O WEINSTEIN AND RILEY, PS          Quantum3 Group LLC                   P.O. Box 30281
2001 WESTERN AVENUE, STE 400         PO Box 788                           Salt Lake City, UT 84130-0281
SEATTLE, WA 98121-3132               Kirkland, WA  98083-0788


Capital One, N.A.                    Capital One,N.A                      Chase Home Finance, LLC
Bass & Associates, P.C.              c/o Creditors Bankruptcy Service     3415 Vision Dr.
3936 E. Ft. Lowell Rd, Suite 200     P O Box 740933                       Columbus, OH 43219-6009
Tucson, AZ 85712-1083                Dallas,Tx 75374-0933


Collection Services of Athens, Inc.  Computer Credit, Inc.                FHA/HUD
P.O. Box 8048                        P.O. Box 5238                        Five Points Plaza
Athens, GA 30603-8048                Winston-Salem, NC 27113-5238         40 Marietta St.
                                                                          Atlanta, GA 30303-2812


R. Jeffrey Field                     Will B. Geer                         (p)GEORGIA DEPARTMENT OF REVENUE
R. Jeffrey Field & Associates        Stites & Harbison, PLLC              COMPLIANCE DIVISION
342 N. Clarendon Avenue              303 Peachtree Street NE              ARCS BANKRUPTCY
Scottdale, GA 30079-1320             2800 Suntrust Plaza                  1800 CENTURY BLVD NE SUITE 9100
                                     Atlanta, GA 30308                    ATLANTA GA 30345-3202


Louis Bernard Gregoire III           Melanie Renee Gregoire               HSBC
111 Towler Road                      111 Towler Road                      P.O. Box 15521
Lawrenceville, GA 30046-4719         Lawrenceville, GA 30046-4719         Wilmington, DE 19850-5521


HSBC Bank Nevada, N.A.               (p)INTERNAL REVENUE SERVICE          Internal Revenue Service
Bass & Associates, P.C.              CENTRALIZED INSOLVENCY OPERATIONS    P.O. Box 7346
3936 E. Ft. Lowell Rd, Suite 200     PO BOX 7346                          Philadelphia, PA 19101-7346
Tucson, AZ 85712-1083                PHILADELPHIA PA 19101-7346


Internal Revenue Svc./Insolvency Unit A. Michelle Hart Ippoliti           JC Penney/GEMB
401 W. Peachtree St., NW             McCalla Raymer, et al                Bankruptcy Dept.
Room 400, Stop 334-D                 1544 Old Alabama Road                P.O. Box 103104
Atlanta, GA 30308                    Roswell, GA 30076-2102               Roswell, GA 30076-9104
```

| | | |
|---|---|---|
| JPMorgan Chase Bank NA/Chase Home Finance LL<br>c/o McCalla Raymer, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | JPMorgan Chase Bank, National Association, s<br>Bankruptcy Department<br>P.O. Box 182106<br>Columbus, OH 43218-2106 | Judith Gregoire<br>1725 Millhaven Cove Court<br>Lawrenceville, GA 30043-2799 |
| Judith Lynn Davis<br>c/o Attorney R. Jeffrey Field & Assoc.<br>342 N. Claendon Avenue<br>Scottsdale, GA 30079-1320 | Kohl's<br>P.O. Box 3043<br>Milwaukee, WI 53201-3043 | LINDIA, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Office of Chief Counsel<br>401 W. Peachtree St., NE<br>Room 1400-Stop 1400<br>Atlanta, GA 30308-3510 | Paragon Revenue Group<br>P.O. Box 127<br>Concord, NC 28026-0127 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Quantum3 Group LLC as agent for<br>Capio Partners LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | The Home Depot<br>P.O. Box 6497<br>Sioux Falls, SD 57117-6497 | The Roth Firm, LLC<br>950 East Paces Ferry Road<br>Suite 1650<br>Atlanta, GA 30326-1302 |
| Thurbert Baker<br>Attorney General of GA<br>132 State Judicial Bldg.<br>Atlanta, GA 30334 | Mary Ida Townson<br>Chapter 13 Trustee<br>Suite 2200<br>191 Peachtree Street, NE<br>Atlanta, GA 30303-1770 | U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Spring Street, SW<br>Atlanta GA 30303-3315 |
| U.S. Atty. Gen./IRS/Dept. of Justice<br>Tax Div./P.O. Box 14198, Ben Frank.<br>St.,Civil Trial Sec./S. Region<br>Washington, DC 20044 | U.S. Atty./North. Dist. of GA<br>401 W. P'tree St., NW<br>Suite 1400, Stop 1000-D<br>Atlanta, GA 30308-3513 | United Community Bank<br>c/o Stites & Harbison, PLLC<br>303 Peachtree Street, NE<br>2800 SunTrust Plaza<br>Atlanta, GA 30308 |
| United Community Bank<br>635 Whitlock Avenue<br>Marietta, GA 30064-3119 | United Community Bank<br>c/o Terrie Sparks<br>P.O. Box 398<br>Blairsville, Georgia 30514-0398 | Veterans Administration<br>1700 Clairmont Rd.<br>Decatur, GA 30033-4032 |
| WELLS FARGO BANK, N.A.<br>MAC X2303-01A<br>1 HOME CAMPUS<br>DES MOINES, IA 50328-0001 | Wells Fargo Bank, N.A.<br>Central Bankruptcy Dept.<br>P.O. Box 13765<br>Roanoke, VA 24037-3765 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712-1083 |
| eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712-1083 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| AMERICAN HONDA FINANCE CORPORATION<br>NATIONAL BANKRUPTCY CENTER<br>P.O. BOX 168088<br>IRVING, TX 75016-8088 | (d)American Honda Finance Corp.<br>P.O. Box 1027<br>Alpharetta, GA 30009-1027 | BB&T<br>P.O. Box 1847<br>Wilson, NC 27894-1847 |
| Georgia Dept. of Revenue<br>Bankruptcy Section<br>1800 Century Blvd., NE, Suite 17200<br>Atlanta, GA 30345 | Internal Revenue Service<br>P.O. Box 249<br>Memphis, TN 38101 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 |
| (d)Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Capital One, N.A.
Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200
Tucson, AZ 85712-1083

End of Label Matrix
Mailable recipients    54
Bypassed recipients     1
Total                  55